# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, as trustee, on behalf of the holders of the GSAMP Trust 2006-HE3 Mortgage Pass-Through Certificates, Series 2006-HE3, | : : : | |
| Plaintiff, | : | Case No. 3:07CV083 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| HAITHAM HAMDAN, aka Haitham S. Hamdan, *et al*., | : : | |
| Defendants. | : | |

## DECISION AND ENTRY

For good cause shown, the Court hereby ORDERS that Plaintiff's Motion to Dismiss Defendant (Doc. #11) is GRANTED, and pursuant to Fed. R. Civ. P. 21, the named defendants identified in Plaintiff's Complaint as "Unknown Tenants, if any, of, 538 Wiltshire Boulevard, Kettering, OH 45419" are DISMISSED from this case.

April 27, 2007

                                                                                                          s/Sharon L. Ovington  
                                                                                                              Sharon L. Ovington  
                                                                     United States Magistrate Judge